## THOMAS MAHER *vs.* GEORGE DOUGHERTY.

When a defendant files an answer and a declaration in set-off, to which last the plaintiff demurs, no appeal lies from a judgment upon the demurrer until after trial on the answer.

ACTION OF CONTRACT. The defendant filed an answer and a declaration in set-off. The plaintiff demurred to the declaration in set-off, and his demurrer was sustained by the court of common pleas. The defendant brought the case to this court by appeal from that decision without first trying the case upon the answer.

*J. Price*, for the defendant.

*J. T. Robinson*, for the plaintiff.

BY THE COURT. This appeal was taken too soon. The case should have been tried on the answer before bringing it to this court.                 *Case remitted.*